IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TYRONE DEVONTAE GEORGE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-428-WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

Before the court is Petitioner's Motion for Voluntary Dismissal. (Doc. # 15.) Based upon careful consideration, it is ORDERED that the motion is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(2) and that Petitioner's § 28 U.S.C. § 2255 motion to vacate (Doc. # 1) is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to close this action.

DONE this 18th day of August, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE